Feb 2 2015 03:10pm                    P001

February 2nd, 2015

FOURTH COURT OF APPEALS DIST.
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037

RE: Court of Appeals Case#- 04-13-00569-CR
Trail Court Case# - B11614

Style: Kristi Rene Nix
Vs.
The State Of Texas

Your Honor,

I am the defendant in the above style case. I am be harassed by this probation dept because of their mistakes they are trying to cover up. According to the Fourth court Rules I should not even be on probation while on appeal. They took me off 7 months after I filed my appeal there paper work even states inactive case closed which was in March 28th 2014. I was told I no longer had to report go to U.A.'s or pay fees. Five months later I received a letter telling me I have to come in for a meeting or they will have a warrant put out for my arrest. I have sent the fourth court the inactive papers I have an audio recording saying this and papers of threat to be arrested if I didn't come in and paper I was forced to sign have all been sent to the fourth court. I was not able to go to my color because my feet and hands were so swollen I could not even stand on them or wear clothing that had to be pulled down. I do have photos and witnesses to this. I called my probation officer and left a message on her recorder and never heard from her. They are still making me pay for the U.A. I missed. As far as my attorney he has told me he is no longer my attorney and I have not talked to him but 2 times since he was appointed by Judge Emerson. I have never received one document or piece of paper from him and have had no correspondence with him AT ALL TIL THIS DATE. I don't know to file a habeas corpus or whatever I need to have this case dismissed. But that is what I am asking for to be done. I have sent the fourth court EVERYTHING to prove

I did not do anything to be on a poss. charge and have a felony on my record for the rest of my life. This has been an absolute NIGHTMARE. I do know that the probation department is being investigated and they need to be. I will fight this as long as I have to

Respectfully,

Kristi Rene Nix